UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

CITIFINANCIAL AUTO, LTD., )
       Appellant, )
   )
v. )
   ) **JUDGMENT**
   )
PHILLIP SHAWN ADAMS, )
ELIZABETH ARLETHA ADAMS, ) No. 5:07-CV-436-BR
       Appellees. )

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the Court presumes that the parties do not wish to proceed with an appeal, and this action is hereby DISMISSED.

**This judgment filed and entered on August 4, 2010, and served on:**

James E. Vaughan (via CM/ECF Notice of Electronic Filing)
William E. Brewer, Jr. (via CM/ECF Notice of Electronic Filing)

August 4, 2010                  /s/ Dennis P. Iavarone
                                      Clerk of Court